UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN JONES,<br><br>        Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>        Defendants. | Case No.: 1:18-cv-01537-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S *IN FORMA PAUPERIS* APPLICATION, WITHOUT PREJUDICE<br><br>(Doc. No. 2)<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED *IN FORMA PAUPERIS* FOR A PRISONER, OR PAY FILING FEE WITHIN **THIRTY (30) DAYS** |

      Plaintiff Benjamin Jones is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on October 29, 2018, in the Sacramento Division of the United States District Court for the Eastern District of California. (Doc. No. 1). On November 7, 2018, this matter was transferred to the Fresno Division of the Court. (Doc. No. 4.)

      Currently before the Court is Plaintiff's application requesting leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915, filed on October 29, 2018. (Doc. No. 2). Plaintiff's application is incomplete. Although Plaintiff has signed and dated the form and submitted a certified copy of his trust account statement, Plaintiff has not answered Question 3 of the form in

1

full, leaving most of the subparts of that question incomplete.  There are also incoming funds on Plaintiff's trust account statement that are not explained.

Plaintiff must submit a completed form if he wishes for the application to be considered. Plaintiff is **not** required to submit a new copy of his trust account statement.  The Court will obtain an updated statement directly from the California Department of Corrections and Rehabilitation on his behalf once he submits a completed application form.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion to proceed *in forma pauperis*, filed on October 29, 2018 (Doc No. 2) is denied, without prejudice;

2. The Clerk of the Court is directed to serve this order and a blank *in forma pauperis* application for a prisoner on Plaintiff;

3. Within **thirty (30) days** from the date of service of this order, Plaintiff shall file the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action;

4. No extension of time will be granted without a showing of good cause; and

5. <u>Plaintiff is warned that the failure to comply with this order will result in dismissal of this action, without prejudice.</u>

IT IS SO ORDERED.

Dated:   **November 7, 2018**              /s/ *Barbara A. McAuliffe*
                                                               UNITED STATES MAGISTRATE JUDGE